## WILL GRUBBS v. STATE.

(In Banc. Oct. 9, 1933.)

[149 So. 797. No. 30787.]

**John B. Higgins** and **A. R. Shoemaker**, both of Jackson, for appellant.

**W. D. Conn, Jr.,** Assistant Attorney-General, for the state.

Argued orally by **A. R. Shoemaker,** for appellant, and by **W. D. Conn, Jr.,** for the state.

**Smith, C. J.,** delivered the opinion of the court.

The evidence supports the verdict, and the ruling on the admission of the evidence complained of is unexceptionable.

The defendant's requested instruction not granted was properly refused, and the challenged instruction granted the state presents no error, in the light of the record, if error at all.

Affirmed. The sentence to be executed on Thursday, November 16, 1933.